MANUFACTURERS TRUST COMPANY, as Trustee under a Certain Trust Agreement Dated June 1st, 1928, between PRUDENCE-BONDS CORPORATION and THE STATE BANK AND TRUST COMPANY, as Trustee, Respondent, v. MADGO REALTY CORPORATION and Others, Defendants, and MICHAEL A. DUPPER, MARTIN OBRADOVICH, JOHN L. GABRIEL and MATT DUPPER, Appellants.— Action to foreclose a mortgage on real property. Appeal from order referring the matter of a deficiency judgment to an official referee to take proof and report dismissed, without costs, on the ground that the order is not appealable. (*Carretta* v. *Evans*, 254 App. Div. 773; *Warshow* v. *Herron*, Id. 699; *Luttenberger* v. *Alpert Woodworking Corp.*, 252 id. 862.) Appeal from the order denying appellants' motion for reargu-

ment dismissed, without costs. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.